# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Anthony Griffin #119937
_____

(Full name of the Plaintiff(s) in this action)

v.

Southern Health Partners, Inc.
Jackie Strode
Jamie Pruitt
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:12-CV-174-M
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: **Anthony Griffin**

Place of Confinement: **Warren County Regional Jail**

Address: **920 Kentucky Street, Bowling Green, Ky. 42101**

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Southern Health Partners, Inc.** is employed as **Medical Staff** at **Warren Co. Regional Jail**.

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(2) Defendant **Jackie Strode** is employed as **Head Jailer** at **Warren Co. Regional Jail**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant **Jamie Pruitt** is employed as **Medical Staff Coordinator** at **Warren Co. Reg. Jail**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (__) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __None__

Defendant(s): __None__

Court (if federal court, name the district. If state court, name the county):
__None__

Docket number: __None__

Name of judge to whom the case was assigned: __None__

Type of case (for example, habeas corpus or civil rights action): __None__

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
__None__

Approximate date of filing lawsuit: __None__

Approximate date of disposition: __None__

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I am a Federal Pre-trial detainee from Nash. TN. housed at this Jail. I am 47 yrs. old. On Sept. 10,12 Mon. At or Approximately about 10:30 AM until Wed. At or about 2:45 pm I was without no knowledge put in medical observation, arising from a sickcall slip dated 9-7-12 that the medical staff didn't even call me for. RN-Barbara Brown and Head Staff coordinator Jamie Pruitt ordered this execessive confinement in which once I was in there they fail to observe me. Now once I am in there I notice that I am in a Detox-cell with feces and smeared blood on the floor and walls. These two nurse's has cut the water off, no toilet paper, only showered one time bugs in cell I've been bitten by mosquitos. I had to take a dump two times At 11:30 AM And, 12:00 pm without wiping my behind up until C/o Ron Childers At 12:40 pm or approximately about that time turned on the water and gave me toilet paper to wipe my behind and gave me a pencil and a grievance. From that time he cut the water back off and from Mon-Wed. I put 3 grievance's in. The smell

4

### III. STATEMENT OF CLAIM(S) continued

was so stinky as i laid on a 3" inch concrete slab on the floor Next to a drain in the floor with vomit in it with nat's and bugs and blood with water in it. I also refuse my meds. and my food trays cause of these unsanitary conditions. For those 3-days I was in there the C/o's on all three shifts was or had knowledge of my plight and failed to remedy this problem as well as the high-level officials. as i shouted and wrote in my grievance's.

(1.) ms.c.-Jamie Pruitt, RN-Barbar Brown has inflicted un-Justified detention on me, by putting me in a especially degrading or abusive conditions in which also has inflicted back pain and hip spasms and a Subjected substantial risk for future diseases as i lay on the floor right by a drain filled with blood and vomit filling out my grievance forms on the floor 3 days straight, 9-10-12-2012.

(2.) Jackie Strode is the head Jailer for when I was released 9-13-12 he was sent a third grievance letting him know of this conduct by this medical staff and his C/o's at or appoximately about 0757AM. These officials has inflicted physcological pain and mental abuse and physical abuse on me. Once I

### III. Statement of claim(s) continued

P.6

Was in this cell I alerted C/O Douglas miles and C/O mike Green on 1st and 2nd shift and thru the 3rd shift for the nurse to observe my bowels at or approximately about 11:30 Am that I use the restroom. I told C/O Douglas about 3x's and Green about 2 or 3x's but Nurse Brown or Jamie never showed up Mon. At or about 11:30 Am to observe nothing. Later on that same Day or early Tues. about 12:40 Am C/O Ron Childers and Nurse Eric Willoby observe my bowels but it was to late cause all of the waste was saturated. Those 3 days they didn't observe me. These officials has put punishment on me for me filling out a sickcall that was 3 or 4 days old in which they deliberately no they had deficiencies in their med. care system. Once I was I was released from Iso., they still as I got copies didn't answer my sickcalls for my back. So this is A civil rights Action filed by Anthony Griffin a Federal Detainee, for damages and injuctive relief under 42 U.S.C. § 1983 alleging excessive confinement and denial of medical care in violation of the 8Th Amendment to the U.S. constitution, and confinement in segregation in violation of the Due process clause of the 14Th Amendment to the constitution. I also alleges the torts of assault + battery, physical abuse and negligence.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ _100,000 Jointly + severally against Strode and Pruitt_

__X__ grant injunctive relief by _50,000 Jointly and severally against the C/O's and nurse Brown_

__X__ award punitive damages in the amount of $ _20,000 against each defendants_

__X__ other: ⟶ _Continued on additional Page_
_Also grant such other relief as it may appear that Plaintiff is entitled._

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _3rd_ day of _October_, 20_12_.

_anthony Griffin_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _10-4-12_.

_anthony Griffin_
(Signature)

6

## IV. Relief

Award money damages in or for the following:

5.) Jackie Strode - $100,000 - Failure to take action to curb the physical abuse of prisoner's violated the plaintiffs right under the 8th Amend. to the U.S. and constituted an assault + battery under state law.

6.) Jamie Pruitt + Barbara Brown — actions in failing to provide adequate medical care for the plaintiff violated and continue to violate the Plaintiffs right under the 8th Amend. to the U.S. constitution. Award compensatory damges in the following amounts: $100,000 against these 2 defendants.

7.) Pruitt + Brown — Jointly and severally $10,000 for emotional injuries sustained, for the punishment and deprivation of liberty, and amenity and physical abuse resulting from their denial of due process in connection with the Plaintiff's grievance's proceedings.

8.) $50,000 Jointly and severally against Brown And the C/O's Green + mikes — for the physical and emotional injury and abuse from their failure to provide adequate medical care to the Plaintiff

9.) Award punitive damages in the following:
1.) 20,000 each against defendants - Pruitt + Brown
2.) 10,000 each against defendants - Strode + Pruitt for denial of due process. 3) 20,000 each defendants failure to provide adequate medical care + emotional injuries sustained as well as physical injuries also.