UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**ANTHONY GRIFFIN**                                                                                    **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 1:12CV-P174-GNS**

**SOUTHERN HEALTH PARTNERS, INC.** *et al.*                                      **DEFENDANTS**

## JUDGMENT

For the reasons set forth in the accompanying Memorandum Opinion and Order, the Clerk of Court is **DIRECTED to enter SUMMARY JUDGMENT in favor of the remaining Defendants in this action, Jamie Pruitt and Barbara Brown, pursuant to Fed. R. Civ. P. 56.**

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: April 7, 2015

Greg N. Stivers, Judge
United States District Court

cc:   Plaintiff, *pro se*
      Counsel for Defendants
4416.003